IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**FILED**
DEC 27 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Rebecca Brett Nightingale

| | |
|---|---|
| RE: INSUREDS: J.J.B. PROPERTIES, LLC, JARRY JONES, LAURA JONES, BARBARA WHITTINGTON AND JERRY WHITTINGTON, | ) ) ) ) ) |
| INSURER: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | ) ) ) |
| SUBJECT: APPRAISAL | ) ) |

Case No. CV-2012-01539

## PETITION FOR THE APPOINTMENT OF UMPIRE

J.J.B., LLC, JARRY JONES, LAURA JONES, BARBARA WHITTINGTON AND JERRY WHITTINGTON, hereby petition the Court to appoint a qualified person to act as an umpire in an appraisal pursuant to the terms of an insurance policy issued to the insureds, J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington, (hereinafter "Insureds"), by the insurer, Certain Underwriters at Lloyd's, London, (hereinafter "Lloyds").

1.   The Insureds own property located at 7776 S. Indianapolis Avenue in Tulsa, Oklahoma. In May of 2011, the insured property was damaged by wind and hail. The Insureds and Lloyds disagree about the nature, extent and amount of damage.

2.   The policy Lloyds issued to the insureds contains a provision for appraisal.

3.   The appraisal provision provides that each party will choose a competent appraiser and notify the other side of the appraiser's name. The appraisers are then supposed to choose a competent and disinterested umpire. If the appraisers cannot agree upon an umpire, either party may ask a judge of a court of record in the judicial district where the insured premises is located to choose an umpire.

-2-

4. In August of 2012, the insureds invoked the appraisal provision and named Ron Taylor as their appraiser. Lloyds named Tom Powell as its appraiser. The appraisers were unable to reach an agreement as to the selection of an umpire.

5. Pursuant to the terms of the appraisal provision of the insurance policy, the insureds J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington, request that the Court, after holding a hearing in which both the Insureds and Lloyds can be heard, select a person to serve as umpire.

6. The insureds, J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington respectfully request that the Court select one of the following (6) persons who is willing to serve as umpire in this matter:

    (a) Scott Connel;

    (b) Corey Aduddell, Aduddell Roofing & Services;

    (c) Heath Bohon, Aduddel Roofing & Services;

    (d) Wendell West, All Property Service Company;

    (e) Tommy Lane, Cornerstone Roofing and Construction;

    (f). S. King Ulmer, Professional Engineer.

7. Additional information regarding the umpire candidates will be provided to the Court at the hearing on appointment of appraiser.

**WHEREFORE,** J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington, respectfully request that the Court set a hearing wherein both the Insureds and Lloyds may be heard on the issue of the appointment of an umpire and that the Court then select a qualified person to serve as umpire in this matter.

Respectfully submitted,

By: _/s/ Robin D. McGrew_____
Michael D. McGrew, OBA # 13167
Robin D. McGrew, OBA #16015
Michael D. McGrew & Associates, P.C.
223 N. 3rd, Suite 206
Muskogee, OK 74401
Telephone: (918) 684-4321
Facsimile: (918) 684-4322
E-Mail:   mcgrewslaw@yahoo.com
**ATTORNEYS FOR INSUREDS**

## CERTIFICATE OF SERVICE

    This is to certify that on this 20th day of December, 2012, a true and correct copy of the above and foregoing, Petition For the Appointment of Umpire, was placed in the US Mail and faxed, with correct postage attached and sent to:

Sean Burrage
Darrell W. Downs
400 W. 4th Street
PO Box 309
Claremore, OK 74018

Attorneys for Insurer

                                                               Robin D. McGrew