#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN   DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JJB PROPERTIES, L.L.C., an Oklahoma Limited Liability Company;<br>2. JARRY JONES, an individual;<br>3. LAURA JONES, an individual;<br>4. BARBARA WHITTINGTON, an individual;<br>5. JERRY WHITTINGTON, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>1. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 13-CV-34-JED-PJC<br>)<br>)<br>)<br>)<br>) |

### SUPPLEMENTED PETITION FOR
### THE APPOINTMENT OF UMPIRE

J.J.B., LLC, JARRY JONES, LAURA JONES, BARBARA WHITTINGTON AND JERRY WHITTINGTON, hereby file this supplemented petition to the Court requesting the appointment of a qualified person to act as an umpire in an appraisal pursuant to the terms of an insurance policy issued to the insureds, J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington, (hereinafter "Insureds"), by the insurer, Certain Underwriters at Lloyd's, London, (hereinafter "Lloyds").

　　　1.　　The Insureds own property located at 7776 S. Indianapolis Avenue in Tulsa, Oklahoma.   In May of 2011, the insured property was damaged

by wind and hail. The Insureds and Lloyds disagree about the nature, extent and amount of damage.

2. The policy Lloyds issued to the insureds contains a provision for appraisal.

3. The appraisal provision provides that each party will choose a competent appraiser and notify the other side of the appraiser's name. The appraisers are then supposed to choose a competent and disinterested umpire. If the appraisers cannot agree upon an umpire, either party may ask a judge of a court of record in the judicial district where the insured premises is located to choose an umpire.

4. In August of 2012, the insureds invoked the appraisal provision and named Ron Taylor as their appraiser. Lloyds named Tom Powell as its appraiser. The appraisers were unable to reach an agreement as to the selection of an umpire.

5. Pursuant to the terms of the appraisal provision of the insurance policy, the insureds J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington, request that the Court, after holding a hearing in which both the Insureds and Lloyds can be heard, select a person to serve as umpire.

6. The insureds, J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington respectfully request that the Court select one of the following (7) persons who is qualified, willing and able to serve as umpire in this matter:

(a) Scott Connel (see resume attached hereto as Exhibit 1);

(b) Corey Aduddell, Aduddell Roofing & Services;

(c) Heath Bohon, Aduddel Roofing & Services;

(d) Wendell West, All Property Service Company;

(e) Tommy Lane, Cornerstone Roofing and Construction (see resume attached hereto as Exhibit 2);

(f) S. King Ulmer, Professional Engineer (see resume attached hereto as Exhibit 3);

(g) Larry Umber is a Property Adjuster with Premier Inspection Services (see resume attached hereto as Exhibit 4). Mr. Umber was not part of the original group of suggested umpires proposed to the Lloyds, but is qualified, willing and able to serve as an independent umpire in this matter.

**WHEREFORE,** J.J.B., LLC, Jarry Jones, Laura Jones, Barbara Whittington and Jerry Whittington, respectfully request that the Court set a hearing wherein both the Insureds and Lloyds may be heard on the issue of the appointment of an umpire

and so that the Court can then select a qualified person to serve as umpire in this matter.

        Respectfully submitted,

        By    *s/ Michael D. McGrew*
        Michael D. McGrew, OBA #013167
        MICHAEL D. MCGREW & ASSOCIATES
        400 N. Walker, Suite 115
        Oklahoma City, OK 73102
        Telephone:  (405) 235-9909
        Facsimile:   (405) 235-9929
        **COUNSEL FOR PETITIONERS**

-5-

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 18, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Attorneys for Defendant

D. Downs
Sean Burrage

             s/*Michael D. McGrew*
             MICHAEL D. MCGREW