UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RE: INSUREDS: J.J.B. PROPERTIES, LLC, JARRY JONES, LAURA JONES, BARBARA WHITTINGTON, AND JERRY WHITTINGTON, | § § § § § |
| INSURER: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | § § § CIVIL ACTION NO. 13-CV-34-JED-PJC |
| SUBJECT: APPRAISAL | § § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs J.J.B. PROPERTIES, LLC, JARRY JONES, LAURA JONES, BARBARA WHITTINGTON, JERRY WHITTINGTON and Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in so filing, respectfully show the Court as follows:

1. Due to a settlement between the parties, Plaintiffs now wish to dismiss their claims against Defendant CERTAIN UNDERWRITERS AT LLOYD'S LONDON with prejudice.

2. This case is not a class action.

3. A receiver has not been appointed in this case.

4. This case is not governed by any federal statute that requires a court order for dismissal of the case.

5. Plaintiffs have not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

6. This dismissal is with prejudice against re-filing.

Respectfully submitted,

By: _____
MICHAEL D. MCGREW, OBA# 013167
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Tel: (405) 235-9909
Fax: (405) 235-9929

**COUNSEL FOR PLAINTIFFS**

OF COUNSEL:
MICHAEL D. MCGREW & ASSOCIATES, P.C.
Michael McGrew, OBA# 013167
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Tel: (405) 235-9909
Fax: (405) 235-9929

- And -

By: _____
DARRELL W. DOWNS, OBA#12272
P.O. Box 309
Claremore, OK 74018
Tel: (918) 343-4100
Fax: (918) 343-4900

**COUNSEL FOR DEFENDANT
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON**

OF COUNSEL:
TAYLOR, BURRAGE, FOSTER, MALLETT
 DOWNS, RAMSEY & RUSSELL
Darrell W. Downs, OBA#12272
P.O. Box 309
Claremore, OK 74028
Tel: (918) 343-4100
Fax: (918) 343-4900